# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re: PARRISH, MICHAEL JOSEPH | § | Case No. 14-20551-CDP |
| PARRISH, JENNIFER DANIELS | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

    1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 18, 2014.  The undersigned trustee was appointed on July 18, 2014.

    2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

    3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

    4.  The trustee realized the gross receipts of      $_____ 5,588.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 70.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 2.64 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 5,515.36 |

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

    1 The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 11/18/2014
and the deadline for filing governmental claims was 01/14/2015.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$1,308.54.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $1,308.54, for a total compensation of $1,308.54.[2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $85.51, for total expenses of
$85.51.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 06/26/2015              By:/s/TRACY L. ZUBROD
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
### Asset Cases

| | |
|---|---|
| **Case Number:** 14-20551-CDP | **Trustee:** (700120)    TRACY L. ZUBROD, Chapter 7 Trustee |
| **Case Name:** PARRISH, MICHAEL JOSEPH | **Filed (f) or Converted (c):** 07/18/14 (f) |
| PARRISH, JENNIFER DANIELS | **§341(a) Meeting Date:** 08/13/14 |
| **Period Ending:** 06/25/15 | **Claims Bar Date:** 11/18/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 4612 Sullivan Street Cheyenne, WY 82001 Laramie Imported from original petition Doc# 1 | 210,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash At Home Imported from original petition Doc# 1 | 10.00 | 10.00 | | 10.00 | FA |
| 3 | Checking/Savings account (Estimated balance) War Imported from original petition Doc# 1 | 20.00 | 5.00 | | 5.00 | FA |
| 4 | Checking Account (Account set up to hold hail in Imported from original petition Doc# 1 | 4,800.00 | 5.00 | | 5.00 | FA |
| 5 | Exhibit "A" Household Goods At Home Imported from original petition Doc# 1 | 1,895.00 | 0.00 | | 0.00 | FA |
| 6 | Exhibit "B" Rented Furniture/TV At Home Imported from original petition Doc# 1 | 550.00 | 0.00 | | 0.00 | FA |
| 7 | Kirby vacuum At Home Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 8 | DVDs/CDs ($50), Wii Games($60), PS3 Games($100), Imported from original petition Doc# 1 | 310.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing (Womens $175, Girls $75, Boys $100, Men Imported from original petition Doc# 1 | 400.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding rings At Home Imported from original petition Doc# 1 | 180.00 | 0.00 | | 0.00 | FA |
| 11 | Costume Jewelry At Home Imported from original petition Doc# 1 | 10.00 | 0.00 | | 0.00 | FA |
| 12 | Weight bench($40), Weights($40) Fishing Items ($ Imported from original petition Doc# 1 | 85.00 | 0.00 | | 0.00 | FA |
| 13 | SGLI Through Work Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | TSP Through Work-balance approximate Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 15 | Loan to parents ($1000 face amount) Imported from original petition Doc# 1 | 0.00 | 600.00 | | 600.00 | FA |
| 16 | 2014 Tax Refund (Expect amount $4,000) | 0.00 | 2,762.78 | | 2,762.78 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 14-20551-CDP | **Trustee:** (700120) TRACY L. ZUBROD, Chapter 7 Trustee |
| **Case Name:** PARRISH, MICHAEL JOSEPH | **Filed (f) or Converted (c):** 07/18/14 (f) |
| PARRISH, JENNIFER DANIELS | **§341(a) Meeting Date:** 08/13/14 |
| **Period Ending:** 06/26/15 | **Claims Bar Date:** 11/18/14 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Imported from original petition Doc# 1 | | | | | |
| 17 | 2000 Honda Accord At Home<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 18 | 2001 Honda Accord At Home<br>Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | | 1,500.00 | FA |
| 19 | Wages (u) | 702.58 | 702.58 | | 702.58 | FA |
| **19** | **Assets    Totals** (Excluding unknown values) | **$224,162.58** | **$5,585.36** | | **$5,585.36** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR submitted to UST for approval.

**Initial Projected Date Of Final Report (TFR):**   June 26, 2015          **Current Projected Date Of Final Report (TFR):**   June 26, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 14-20551-CDP | |
| **Case Name:** | PARRISH, MICHAEL JOSEPH | |
| | PARRISH, JENNIFER DANIELS | |
| **Taxpayer ID #:** | **-***2201 | |
| **Period Ending:** | 06/26/15 | |

| | |
|---|---|
| **Trustee:** | TRACY L. ZUBROD, Chapter 7 Trustee (700120) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5866 - Checking Account |
| **Blanket Bond:** | $71,141,417.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/24/14 | | Debtors | cash on hand, bank balances, wages | | 125.00 | | 125.00 |
| | {2} | | cash | 10.00 | 1129-000 | | 125.00 |
| | {3} | | bank balance | 5.00 | 1129-000 | | 125.00 |
| | {4} | | bank balance | 5.00 | 1129-000 | | 125.00 |
| | {19} | | wages | 105.00 | 1229-000 | | 125.00 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 115.00 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 105.00 |
| 01/22/15 | {19} | Debtors | wages | 1229-000 | 100.00 | | 205.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 195.00 |
| 02/19/15 | {19} | Debtors | wages | 1229-000 | 120.00 | | 315.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 305.00 |
| 03/17/15 | {19} | Debtors | wages | 1229-000 | 150.00 | | 455.00 |
| 03/24/15 | {19} | IRS | wages | 1229-000 | 20.00 | | 475.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 465.00 |
| 04/09/15 | | IRS | wages, preferential payment, 2001 Honda, 2014 tax refunds, post petition amount of tax refund returned to debor | | 5,073.00 | | 5,538.00 |
| | {19} | | wages | 207.58 | 1229-000 | | 5,538.00 |
| | {15} | | preferential payment | 600.00 | 1129-000 | | 5,538.00 |
| | {18} | | 2001 Honda | 1,500.00 | 1129-000 | | 5,538.00 |
| | {16} | | 2014 tax refund | 2,762.78 | 1124-000 | | 5,538.00 |
| | | | post petition amount of tax refund returned to debor | 2.64 | 1290-000 | | 5,538.00 |
| 04/09/15 | 101 | Michael J. & Jennifer D. Parrish | post petition amount of tax refund returned to debtors | 8500-002 | | 2.64 | 5,535.36 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,525.36 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,515.36 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | **ACCOUNT TOTALS** | | 5,588.00 | 72.64 | **$5,515.36** |
| | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | **Subtotal** | | 5,588.00 | 72.64 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | **$5,588.00** | **$72.64** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 14-20551-CDP |
| Case Name: | PARRISH, MICHAEL JOSEPH |
| | PARRISH, JENNIFER DANIELS |
| Taxpayer ID #: | **-***2201 |
| Period Ending: | 06/26/15 |

| | |
|---|---|
| Trustee: | TRACY L. ZUBROD, Chapter 7 Trustee (700120) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******5866 - Checking Account |
| Blanket Bond: | $71,141,417.00  (per case limit) |
| Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | |
|---|---|
| Net Receipts : | 5,588.00 |
| Less Other Noncompensable Items : | 2.64 |
| Net Estate : | $5,585.36 |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5866** | 5,588.00 | 72.64 | 5,515.36 |
| | $5,588.00 | $72.64 | $5,515.36 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 18, 2014

**Case Number:** 14-20551-CDP  
**Debtor Name:** PARRISH, MICHAEL JOSEPH

Page: 1

**Date:** June 26, 2015  
**Time:** 09:59:32 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | TRACY L. ZUBROD, Chapter 7 Trustee<br>219 E. 18TH STREET<br>CHEYENNE, WY 82001 | Admin Ch. 7 | | $1,308.54 | $0.00 | 1,308.54 |
| 200 | TRACY L. ZUBROD, Chapter 7 Trustee<br>219 E. 18TH STREET<br>CHEYENNE, WY 82001 | Admin Ch. 7 | | $85.51 | $0.00 | 85.51 |
| 1<br>610 | ARMY & AIR FORCE EXCHANGE<br>SERVICES<br>C/O BASS & ASSOCIATES, P.C.<br>3936 E. FT. LOWELL RD, SUITE #200<br>TUCSON, AZ 85712 | Unsecured | | $4,436.42 | $0.00 | 4,436.42 |
| 2<br>610 | SPRINT<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK, KS 66207-0949 | Unsecured | | $540.40 | $0.00 | 540.40 |
| 3<br>610 | DR. STEPHEN HUCH<br>504 ST. JAMES AVE<br>GOOSE CREEL, SC 29445 | Unsecured | | $63.20 | $0.00 | 63.20 |
| 4<br>610 | FORT SILL NATIONAL BANK<br>PO BOX 33009<br>FORT SILL, OK 73503 | Unsecured | | $1,270.53 | $0.00 | 1,270.53 |
| 5<br>610 | FORT SILL NATIONAL BANK<br>PO BOX 33009<br>FORT SILL, OK 73503 | Unsecured | | $1,020.01 | $0.00 | 1,020.01 |
| 6<br>610 | NAVY FCU<br>P O BOX 3000<br>MERRIFIELD, VA 22119 | Unsecured | | $14,870.79 | $0.00 | 14,870.79 |
| 7<br>610 | NAVY FCU<br>P O BOX 3000<br>MERRIFIELD, VA 22119 | Unsecured | | $3,203.33 | $0.00 | 3,203.33 |
| 8<br>610 | AMERICAN INFOSOURCE LP AS AGENT<br>FOR<br>RJM ACQUISITIONS, LLC,AS ASSIGNEE OF<br>TARGET STORES - RETAILERS,PO BOX 268850<br>OKLAHOMA CITY, OK 73126-8850 | Unsecured | | $1,112.95 | $0.00 | 1,112.95 |
| 9<br>610 | NAVY FCU<br>P O BOX 3000<br>MERRIFIELD, VA 22119 | Unsecured | | $4,177.52 | $0.00 | 4,177.52 |
| 10<br>610 | NAVY FCU<br>P O BOX 3000<br>MERRIFIELD, VA 22119 | Unsecured | | $2,077.01 | $0.00 | 2,077.01 |
| 11<br>610 | AMERICAN INFOSOURCE LP AS AGENT<br>FOR<br>DIRECTV, LLC<br>PO BOX 51178<br>LOS ANGELES, CA 90051-5478 | Unsecured | | $955.61 | $0.00 | 955.61 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 18, 2014

**Case Number:** 14-20551-CDP       Page: 2       **Date:** June 26, 2015
**Debtor Name:** PARRISH, MICHAEL JOSEPH       **Time:** 09:59:32 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| << Totals >> | | | | 35,121.82 | 0.00 | 35,121.82 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-20551-CDP
Case Name: PARRISH, MICHAEL JOSEPH
Trustee Name: TRACY L. ZUBROD

**Balance on hand:**               $         5,515.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $         0.00
Remaining balance:                          $       5,515.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - TRACY L. ZUBROD, Chapter 7 Trustee | 1,308.54 | 0.00 | 1,308.54 |
| Trustee, Expenses - TRACY L. ZUBROD, Chapter 7 Trustee | 85.51 | 0.00 | 85.51 |

Total to be paid for chapter 7 administration expenses:     $     1,394.05
Remaining balance:                                           $     4,121.31

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $         0.00
Remaining balance:                                              $     4,121.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

Total to be paid for priority claims: $ 0.00

Remaining balance: $ 4,121.31

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,727.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | ARMY & AIR FORCE EXCHANGE SERVICES | 4,436.42 | 0.00 | 542.11 |
| 2 | SPRINT | 540.40 | 0.00 | 66.04 |
| 3 | DR. STEPHEN HUCH | 63.20 | 0.00 | 7.72 |
| 4 | FORT SILL NATIONAL BANK | 1,270.53 | 0.00 | 155.25 |
| 5 | FORT SILL NATIONAL BANK | 1,020.01 | 0.00 | 124.64 |
| 6 | NAVY FCU | 14,870.79 | 0.00 | 1,817.11 |
| 7 | NAVY FCU | 3,203.33 | 0.00 | 391.42 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR | 1,112.95 | 0.00 | 135.99 |
| 9 | NAVY FCU | 4,177.52 | 0.00 | 510.46 |
| 10 | NAVY FCU | 2,077.01 | 0.00 | 253.80 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR | 955.61 | 0.00 | 116.77 |

Total to be paid for timely general unsecured claims: $ 4,121.31

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $            0.00 |
| Remaining balance: | $            0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $            0.00 |
| Remaining balance: | $            0.00 |

**UST Form 101-7-TFR (05/1/2011)**